Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE GYMNASTICS ACADEMY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation,<br><br>Defendant. | No. 2:20-cv-00884-BJR<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

# I. ORDER

Based on the Parties' Stipulated Motion to Extend Time to Respond to Complaint, and the records and filings herein, it is ordered that the deadline to extend defendant's time to respond to plaintiff's complaint is extended by 30 days, until July 15, 2020.

Dated: June 15, 2020 _____

_Barbara J. Rothstein_
Honorable Barbara J. Rothstein
United States District Court Judge