Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE GYMNASTICS ACADEMY, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation, <br><br> Defendant. | Case No. 2:20-cv-00884-BJR <br><br> ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML |

## ORDER

The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed in its entirety, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that the JPML denies consolidation, the stay will automatically terminate seven (7) days after the JPML's decision denying consolidation, and Defendant shall have twenty-one (21)

additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 16th day of July, 2020.

_____
Honorable Barbara J. Rothstein